1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   DAMIAN TOYEBO,                          No.  2:12-cv-2268-JAM-CMK-P
12            Petitioner,
13       v.                                  **ORDER**
14   S. HUBARD,
15            Respondent.
16
17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
18   habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States
19   Magistrate Judge pursuant to Eastern District of California local rules.
20            On August 15, 2014, the Magistrate Judge filed findings and recommendations
21   herein which were served on the parties and which contained notice that the parties may file
22   objections within a specified time.  No objections to the findings and recommendations have been
23   filed.
24            The court has reviewed the file and finds the findings and recommendations to be
25   supported by the record and y the Magistrate Judge's analysis.
26            Pursuant to Rule 11(a) of the Federal rules Governing Section 2254 Cases, the
27   court has considered whether to issue a certificate of appealability.  Before petitioner can appeal
28   this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P.

22(b).  Where the petition is denied on the merits, a certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P. 22(b).  Where the petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)).  For the reasons set forth in the Magistrate Judge's findings and recommendations, the court finds that issuance of a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2014, are adopted in full;
2. Respondent's unopposed motion to dismiss (Doc. 16) is granted;
3. No certificate of appealability shall issue; and
4. The Clerk of the Court is directed to enter judgment and close this case.

DATED: October 22, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE